**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ATTORNEY GENERAL DANA NESSEL, on behalf of the People of the State of Michigan, and the STATE OF MICHIGAN,<br><br>    Plaintiffs,<br><br>v.<br><br>3M COMPANY, E.I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, DOWDUPONT, INC., CORTEVA, INC., DUPONT DE NEMOURS, INC., DYNEON, L.L.C., ARCHROMA U.S., INC., ARCHROMA MANAGEMENT, LLC, ARKEMA, INC., ARKEMA FRANCE, S.A., AGC CHEMICALS AMERICAS INC., DAIKIN AMERICA, INC., DAIKIN INDUSTRIES, LTD., and SOLVAY SPECIALTY POLYMERS, USA, LLC,<br><br>    Defendants. | Civil Action No. 1:21-cv-00205<br><br>**DEFENDANT 3M COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Dana Nessel, et. al.

        Plaintiff(s),          Case No.  1:21-cv-00205

v.

3M Company, et al.

        Defendant(s).

_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1,     **Defendant 3M Company**
(Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☑ Yes   ☐ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: March 2, 2021          /s/ Daniel L. Ring
(Signature)

Daniel L. Ring
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
dring@mayerbrown.com

## CERTIFICATE OF SERVICE

I certify that on March 2, 2021, copies of the foregoing are being served on all parties via first class mail and/or email, at the addresses indicated below.[1]

| | |
|---|---|
| Dana Nessel<br>Attorney General<br>Polly A. Synk<br>Danielle Allison-Yokom<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Environment, Natural Resources, and<br>Agriculture Division<br>**Attorneys for Plaintiffs**<br>P.O. Box 30755<br>Lansing, MI 48909<br>synkp@michigan.gov<br>allisonyokomd@michigan.gov | Adam J. Levitt<br>Amy E. Keller<br>Special Assistant Attorneys General<br>Daniel R. Flynn<br>Laura E. Reasons<br>Adam Prom<br>DiCello Levitt Gutzler LLC<br>**Attorneys for Plaintiffs**<br>10 North Dearborn Street, 11th Floor<br>Chicago, IL 60602<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br>dflynn@dicellolevitt.com<br>lreasons@dicellolevitt.com<br>aprom@dicellolevitt.com |
| Richard W. Fields<br>Special Assistant Attorney General<br>Fields, PLLC<br>**Attorney for Plaintiffs**<br>1700 K. Street NW, Suite 810<br>Washington, DC 20006<br>fields@fieldslawpllc.com | Joseph M. Callow, Jr.<br>Gregory M. Utter<br>Special Assistant Attorneys General<br>Keating Muething & Klekamp PLL<br>**Attorneys for Plaintiffs**<br>1 East 4th Street, Suite 1400<br>Cincinnati, OH 45202<br>gmutter@kmklaw.com<br>jcallow@kmklaw.com |

---

[1] Defendant Archroma Management, LLC, is not a party because it was dismissed for non-service on September 10, 2020. Defendant Dyneon L.L.C. has been dissolved since 2011, no longer exists, and has no valid agent for service of process.

Lanny Kurzweil
Ira Gottlieb
John McAleese
McCarter & English, LLP
**Attorneys for Defendants E.I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC, as to all claims except the fraudulent transfer claim**
100 Mulberry Street, Four Gateway Center
Newark, NJ 07102
lkurzweil@mccarter.com
igottlieb@mccarter.com
jmcaleese@mccarter.com

J. Michael Huget
Anthony Acciaioli
Honigman LLP
**Attorneys for Defendants E.I. DuPont De Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC, as to all claims except the fraudulent transfer claim**
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
mhuget@honigman.com
aacciaioli@honigman.com

Katherine L.I. Hacker
Bartlit Beck LLP
**Attorney for Defendants E. I. du Pont de Nemours and Company, as to the fraudulent transfer claim, DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc., as to all claims**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
kat.hacker@bartlitbeck.com

Matthew P. Kennison
Riley Safer Holmes & Cancila LLP
**Attorney for Defendants E. I. du Pont de Nemours and Company, as to the fraudulent transfer claim, DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc., as to all claims**
121 W. Washington, Suite 402
Ann Arbor, MI 48104
mkennison@rshc-law.com

Christopher R. Gura
Abbott Nicholson, P.C.
**Attorney for Defendant The Chemours Company, as to the fraudulent transfer claim**
1900 West Big Beaver Road, Suite 203
Troy, MI 48084
crgura@abbottnicholson.com

Katharine A. Roin
Bartlit Beck LLP
**Attorney for Defendants E. I. du Pont de Nemours and Company, as to the fraudulent transfer claim, DowDuPont, Inc., Corteva, Inc., and DuPont de Nemours, Inc., as to all claims**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
kate.roin@bartlitbeck.com

Anthony A. Agosta
Michael J. Pattwell
Zachary C. Larsen
Clark Hill PLC
**Attorneys for Defendant AGC Chemicals Americas Inc.**
212 East Cesar E. Chavez Avenue
Lansing, MI 48906
aagosta@clarkhill.com
mpattwell@clarkhill.com
zlarsen@clarkhill.com

Beth S. Gotthelf
John C. Valenti
Javon R. David
Butzel Long, P.C.
**Attorneys for Defendant Archroma U.S., Inc.**
150 W. Jefferson, Suite 100
Detroit, MI 48226
gotthelf@butzel.com
valenti@butzel.com
davidj@butzel.com

Gwyn Williams
Latham & Watkins LLP
**Attorney for Defendant Solvay Specialty Polymers USA, LLC**
200 Clarendon Street
Boston, MA 02216
gwyn.williams@lw.com

Theodore M. Grossman
Rebekah E. Blake
Jones Day
**Attorneys for Defendant Daikin America, Inc.**
250 Vesey Street
New York, NY 10281
tgrossman@jonesday.com
reblake@jonesday.com

Martha N. Donovan
Margaret Raymond-Flood
Norris McLaughlin, P.A.
**Attorneys for Defendant The Chemours Company, as to the fraudulent transfer claim**
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
mndonovan@norris-law.com
mraymondflood@norris-law.com

Peter C. Condron
Clifford J. Zatz
Laura Offenbacher Aradi
Crowell & Moring LLP
**Attorneys for Defendant AGC Chemicals Americas, Inc.**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
pcondron@crowell.com
czatz@crowell.com
laradi@crowell.com

Steven P. Croley
Latham & Watkins LLP
**Attorney for Defendant Solvay Specialty Polymers USA, LLC**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
steven.croley@lw.com

Kegan A. Brown
Latham & Watkins LLP
**Attorney for Defendant Solvay Specialty** Polymers USA, LLC
885 Third Avenue
New York, NY 10022
kegan.brown@lw.com

| | |
|---|---|
| Cory M. Carone<br>Jones Day<br>**Attorney for Defendant Daikin America,**<br>**Inc., and Daikin Industries, Ltd.**<br>150 W. Jefferson Ave.<br>Suite 2100<br>Detroit, MI 48226<br>ccarone@jonesday.com | Louis A. Chaiten<br>James R. Saywell<br>Jones Day<br>**Attorneys for Defendant Daikin America, Inc.**<br>901 Lakeside Avenue East<br>Cleveland, OH 44114<br>lachaiten@jonesday.com<br>jsaywell@jonesday.com |
| Jessica A. Sprovtsoff<br>Robert D. Boley<br>J. Michael Showalter<br>Schiff Hardin LLP<br>**Attorneys for Defendants Arkema Inc. and**<br>**Arkema France**<br>350 S. Main Street, Suite 210<br>Ann Arbor, MI 48104<br>jsprovtsoff@schiffhardin.com<br>rboley@schiffhardin.com<br>mshowalter@schiffhardin.com | Sara J. Gourley<br>Maja C. Eaton<br>Daniel A. Spira<br>Sidley Austin LLP<br>**Attorneys for Defendants Arkema Inc. and**<br>**Arkema France**<br>One South Dearborn Street<br>Chicago, IL 60603<br>sgourley@sidley.com<br>meaton@sidley.com<br>dspira@sidley.com |

　　　　　　　　　　　　　　　　　　　　　*/s/* Daniel L. Ring
　　　　　　　　　　　　　　　　　　　　　Daniel L. Ring