UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

          Plaintiff(s),          Case No.

v.

          Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to            _____
                                                                      (Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?   Yes   No

2. Does party have any parent corporations?   Yes   No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?   Yes   No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?   Yes   No
   If yes, identify entity and nature of interest:

Date: _____   _____
                                                                                  (Signature)